# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JEREMY A. LLOYD, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. CV411-056 |
| DISTRICT ATTORNEY LARRY CHISOLM, | ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

In an order dated March 11, 2011, the Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return those forms within 30 days would result in the dismissal of his case. (*Id.*) Plaintiff did not return the forms. Because he has not complied with the Court's order, this case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 18th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA