

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 MAY 11 AM 11:07

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JEREMY A. LLOYD, )
)
    Plaintiff, )
)
v. )   CASE NO. CV411-056
)
DISTRICT ATTORNEY LARRY )
CHISOLM, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 6).[1] However, the Court finds Plaintiff's objections to be without merit. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the order of this Court. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** and the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 11th day of May 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Also contained within these objections is Defendant's Motion for Extension of Time. (Doc. 6.) This motion is **DENIED**. Plaintiff was originally notified on March 11, 2011 of the requirement to return the proper forms, yet Plaintiff first asked for an extension of time nearly three weeks after the report and recommendation was issued.